IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GOLDIE ANN THORNHILL,

          Plaintiff,

v.                              CIVIL ACTION NO. 3:13-23623

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

          Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **GRANTS** Defendant's Uncontested Motion to Remand (ECF No. 17), **VACATES** the decision of the Commissioner, and **REMANDS** Plaintiff's case to the Commissioner pursuant to the fourth Sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the unopposed Motion.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

          ENTER:      August 8, 2014

          ROBERT C. CHAMBERS, CHIEF JUDGE